■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALIK HALL, Appellant. [605 NYS2d 962] —Appeal from a judgment of the County Court of Otsego County (Nydam, J.), rendered August 24, 1992, convicting defendant upon his plea of guilty of the crimes of rape in the first degree, sodomy in the first degree and attempted robbery in the second degree.

Defendant's plea allocution demonstrates a knowing, voluntary and intelligent waiver of his right to appeal from any and all rulings including the negotiated sentence. In any event, given the seriousness of the offenses and the fact that defendant pleaded guilty knowing that he would receive the sentences ultimately imposed by County Court, we find no reason to disturb the concurrent prison sentences of 4½ to 13½ years on each of the class B felonies and 1 to 3 years on the class D felony.

Weiss, P. J., Mercure, Crew III and White, JJ., concur. Ordered that the judgment is affirmed.

■ In the Matter of TEDDY OSORIO, Petitioner, v DANIEL A. SENKOWSKI, as Superintendent of Clinton Correctional Facility, et al., Respondents. [605 NYS2d 963] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Clinton County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating certain prison disciplinary rules.

The misbehavior report, in conjunction with the testimony of two eyewitnesses that petitioner possessed a weapon, provide substantial evidence to support the finding of guilt on that charge. Petitioner's contrary contentions primarily concern questions of fact and credibility which were for the Hearing Officer to resolve. His remaining arguments on this point have been considered and rejected as lacking in merit.

Weiss, P. J., Yesawich Jr., Crew III, White and Casey, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.